CA 08 72



**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District 1ST DISTRICT OF RHODE ISLAND |
|---|---|
| Name (under which you were convicted): JOHN F. PIERCE | Docket or Case No.: 2006-234-APPEAL |
| Place of Confinement: RI Adult Correctional Institution | Prisoner No.: 88185 |
| Petitioner (include the name under which you were convicted) JOHN F. PIERCE | v. Respondent (authorized person having custody of petitioner) ASHBEL T. WALL II |
| The Attorney General of the State of Patrick Lynch | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Supreme Court of Rhode Island. 250 Benefit St. Providence, R.I. 02903

   (b) Criminal docket or case number (if you know): 2006-234-APPEAL (PM00-5482) P1/92-3304A

2. (a) Date of the judgment of conviction (if you know): April 20, 1994

   (b) Date of sentencing: JULY 1, 1994

3. Length of sentence: 133 YEARS REDUCED TO 30 YEARS

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Count 1 Cunnilingus (1 count) Count 7 Digital Penetration (1 count) 1+7 Charged as Child Molesting Count 3 vaginal intercourse Count 4 cunnilingus Count 5 - sexual contact 3, 4, +5 Charged as Sexual Assault (~~Count~~)

6. (a) What was your plea? (Check one)

   (1) Not guilty ☒ (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? ______

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☒ No ☐

8. Did you appeal from the judgment of conviction?

Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: Supreme Court of Rhode Island

(b) Docket or case number (if you know):

(c) Result: Overturn 1 count - Count 2 (Count 6 THROWN OUT IN TRIAL)

(d) Date of result (if you know): February 1997

(e) Citation to the case (if you know):

(f) Grounds raised: Bolstering, Police Report, Erroneous Admissions, Jury View, Omission of Portion of Testimony Readback to Jury, Detective's Testimony

(g) Did you seek further review by a higher state court? Yes ☐ No ☒

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☐

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☒ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Providence County Superior Court - Post Conviction

(2) Docket or case number (if you know): PM 00-5482

(3) Date of filing (if you know): Sept. 30 2000

(4) Nature of the proceeding: Post Conviction Relief

(5) Grounds raised: Counts 1+7 are DUPLICITOUS (DUPLICITY)
No Unanamous Verdict/Improper Notification
Counts 3, 4+5 - DIRECTED GUILTY VERDICT BY INSTRUCTION TO THE JURY
AND
Ineffective Assistance of Counsel if needed - Judge declined.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒ Formal Evidentuary Hearing Declined by State

(7) Result: Counts 3, 4+5 Overturned Counts 1+7 Upheld

(8) Date of result (if you know): February 28, 2005

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Providence County Superior Court -

(2) Docket or case number (if you know): PM 00-5482

(3) Date of filing (if you know): September 30, 2000

(4) Nature of the proceeding: Post-Conviction Relief

(5) Grounds raised: Counts 1+7 are DUPLICITOUS (DUPLICITY)
No Unanamous Verdict/Improper Notification

Counts 3-4+5 Directed Guilty Verdict by Instruction to the jury - AND -

Ineffective Assistance of Counsel if needed.
Judge declined.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☒ Formal Evidentiary Hearing WAIVED by State

(7) Result: Counts 3, 4+5 Overturned. Counts 1+2 upheld.

(8) Date of result (if you know): February 28, 2005

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______

(2) Docket or case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised: ______

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☒ No ☐

(3) Third petition: Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

______

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Counts 1 And 7 ARE DUPLICITIOUS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Testimony proves DUPLICITY, TRIAL Judges instructions to the jury in Response to a note when they Asked what "story" to believe - Judge told jury to believe what they want Indictment by Grand Jury is DUPLICITOUS. Numerous objections in trial to testimony. Judges instructions did not focus on 1 story Bill of Particulars states 1 count on A days and dates Asked Judge twice for dismissal "Testimony All over the place"

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Hearing And Appeal

Name and location of the court where the motion or petition was filed: Providence Superior Court And Supreme Court of R.I. Providence, RI

Docket or case number (if you know): PM 00-5482

Date of the court's decision: February 28, 2005

Result (attach a copy of the court's opinion or order, if available): upheld conviction

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒ Declined by State - State conceded to multiple "stories"

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Rhode Island, Providence, R.I.

Docket or case number (if you know): 2006-234-Appeal

Date of the court's decision: February 11, 2008

Result (attach a copy of the court's opinion or order, if available): Affirmed Conviction

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: For 14 Years I have followed the State's procedures of: Appeal, sentence reduction, post-conviction relief and Appeal (Final Appeal)

GROUND TWO: Ineffective Assistance of Counsel for allowing DUPLICITY In Counts 1 + 7

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Testimony proves Duplicity as the jury's note shows they questioned what story to believe. There is no Unanamous Verdict.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief

Name and location of the court where the motion or petition was filed: Providence Superior Court

Docket or case number (if you know): 00-5482

Date of the court's decision: February 28, 2005

Result (attach a copy of the court's opinion or order, if available): Upheld Conviction on not having to prove multiple times (dates) of 1 count (This is not the issue)

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☒ Judge said INEFFECTIVE ASSISTANCE WASN'T NEEDED

(4) Did you appeal from the denial of your motion or petition?

Yes ☒ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Rhode Island, Providence

Docket or case number (if you know): 2006-234-Appeal

Date of the court's decision: February 11, 2008

Result (attach a copy of the court's opinion or order, if available): The Supreme Court said "there was no evidence in the record before us that supports" this claim

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: For 14 years I have followed the State's procedures of: Appeal, sentence reduction, post-conviction relief and appeal (final appeal)

GROUND THREE: Counts 3, 4, +5 be overturned due to illegal and condemned instructions that directs a guilty verdict.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): No elements of force and/or coercion were testified to happening. Force and/or coercion were denied in testimony and in a written signed statement.
The instructions given by trial judge were later overturned by that same judge, in a unanimous decision by the RI Supreme Court as UNCONSTITUTIONAL and CONDEMNED

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☒ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post-Conviction Relief

Name and location of the court where the motion or petition was filed: Providence County Superior Court

Docket or case number (if you know): PM 00-5482

Date of the court's decision: February 28, 2005

Result (attach a copy of the court's opinion or order, if available): The justice vacated the conviction of counts 3, 4+5

(3) Did you receive a hearing on your motion or petition?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Rhode Island, Providence.

Docket or case number (if you know): 2006-234-Appeal

Date of the court's decision: February 11, 2008

Result (attach a copy of the court's opinion or order, if available): The Supreme Court Re-instated the conviction that the hearing justice had vacated.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: I did not raise the issue on appeal - The State raised the issue.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: For 14 years I have followed the State's procedures of: appeal, sentence reduction, post-conviction relief and appeal (Final appeal)

GROUND FOUR: ______________________________

______________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

(b) If you did not exhaust your state remedies on Ground Four, explain why: ______________________________

______________________________

______________________________

______________________________

______________________________

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________________________

______________________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________________________

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________

______________________________

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☒ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: No

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☒ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. United STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND - PROVIDENCE #CA 01-266-T / Nov. 2001 Requested removal from State court to Federal and was denied. The issues in this 2254 were unexhausted at that time And Judge Torres Ruled the State need the opportunity first, and he would hold open the issues, should the State find unfavorable.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Robert Mann, 501 Turks Head Place, Prov. RI 02903

(b) At arraignment and plea: Robert Mann, 501 Turks Head Place, Prov. RI 02903

(c) At trial: Robert Mann, 501 Turks Head Place, Prov. RI 02903

(d) At sentencing: Robert Mann, 501 Turks Head Place, Prov. RI 02903

(e) On appeal: Janice Weisfeld, Dept of Public Defender 100 N. Main St. Prov. R.I. 02903

(f) In any post-conviction proceeding: Van L. Mayhow (then Private) (Now) Dept. of Public Defender

(g) On appeal from any ruling against you in a post-conviction proceeding: Richard Corley 127 Dorrance St. Prov. RI 02903 2nd Floor

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______________________________

(b) Give the date the other sentence was imposed: ______________________________

(c) Give the length of the other sentence: ______________________________

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* My efforts to correct the Constitutional violations in my trial and exhaust all the steps in the States procedures just finished on February 11, 2008

______________________________

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: VACATE the sentences for All counts and charges and overturn the convictions for All.

or any other relief to which petitioner may be entitled.

John F. Peirce PRO-SE
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _______________ (month, date, year).

Executed (signed) on _______________ (date).

John F. Peirce PRO-SE
Signature of Petitioner

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.