UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

John F. Pierce
Petitioner

v.

CA:08-72S

A.T. Wall, et al
Respondent

**ORDER**

The Attorney General is hereby ordered to file its response to the Petitioner's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a Person in State Custody." Said response will be filed on or before **March 20, 2008.**

BY ORDER

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
United States District Judge

DATE: 3/3/08