**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. PIERCE,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-72S** |
| | : | |
| **A.T. WALL,** | : | |
| **Respondent** | : | |

**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

In an order issued March 3, 2008, United States District Court Judge William E. Smith ordered the Attorney General of the State of Rhode Island to respond to Petitioner Pierce's "Petition under 28 USC 2254 for Writ of Habeas Corpus by a person in State custody." Accordingly, the State hereby moves to dismiss the petition for the reason set forth in the accompanying memorandum and supporting exhibits.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on March 10, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion to the following by first-class mail on the same date: John F. Pierce, Post Office Box 8274, Cranston, RI 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. PIERCE,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-72S** |
| | : | |
| **A.T. WALL,** | : | |
| **Respondent** | : | |

**MEMORANDUM IN SUPPORT OF STATE'S**
**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

On November 7, 2001, this Court, in Case Number CA01-266T, entered judgment granting the State of Rhode Island's motion to dismiss a federal habeas corpus petition filed by John F. Pierce. Mr. Pierce's habeas petition was dismissed with prejudice, as it was time barred. (*November 7, 2001 Order [of Judge Ernest C. Torres] Granting Motion to Dismiss*.) Because this Honorable Court has already determined that Mr. Pierce's habeas corpus attack on his challenged State of Rhode Island convictions is time-barred, the State would respectfully suggest that the above-captioned case must also, as a matter of *res judicata*, be dismissed as time barred. Moreover, for the reasons expressed in the *Report and Recommendation* of Magistrate Judge Robert W. Lovegreen, accepted by the Court in Case Number CA01-266T, Mr. Pierce's instant "Petition under 28 USC 2254 for Writ of Habeas Corpus by a person in State custody" is time barred and must be dismissed with prejudice.

Wherefore, the State of Rhode Island would respectfully ask that this Honorable Court dismiss, with prejudice, Mr. Pierce's above-captioned habeas corpus action.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

## CERTIFICATION

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on March 10, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion to the following by first-class mail on the same date: John F. Pierce, Post Office Box 8274, Cranston, RI 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com