United States District Court
For the District of Rhode Island

John F. Pierce
Petitioner
V. CA-0872S
Ashbel T. Wall
Respondent

Motion for Evidentiary Hearing and Submission of Briefs as Exhibit to Support

Now comes the Petitioner John F. Pierce and enters the Motion for an Evidentiary Hearing that will show the "watershed" and "bedrock" violations of the United States Constitution and the Rhode Island Constitution.

To best serve the means of justice, this Petitioner moves that a Subpoena be issued and served to:

A). Attorney Robert Mann, 501 Turks Head Place, Prov. RI 02903

B). Attorney Janice Wisefeld, Dept. of Public Defender
100 N. Main St. Prov. RI 02903

C). Attorney Van Hayhow, Dept. of Public Defender
100 N. Main St. Prov. RI 02903

2). Attorney Richard K. Corley, 127 Dorrance St. 2nd Floor
Prov. RI 02903

For their attendance at the Evidentiary Hearing.

To further support this motion for an Evidentiary Hearing and the overturning of the conviction and sentence of counts 1+7 (DUPLICITY) and counts 3,4+5 (DIRECTED VERDICT), this Petitioner submits the attached copy of the brief that was submitted for appeal to the Rhode Island Supreme Court, for P1/92-3304A, as an Exhibit of Evidence.

For all of the prejudicial impact of Constitutional violations and the substantial and injurious effects and reasons of Constitutional errors brought out in this Petitioners copy of brief (supplied and attached) and for additional reasons that will be brought out, this petitioner moves this honorable court to grant this motion for an Evidentiary Hearing and issue the Subpoenas, as it will serve the means of justice.

Respectfully Submitted

John F. Pierce Pro-Se
#88185
P.O. Box 8274
Cranston, RI 02920