**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. PIERCE,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-72S** |
| | : | |
| **A.T. WALL,** | : | |
| **Respondent** | | |

**STATE OF RHODE ISLAND'S OBJECTION TO**
**PETITIONER'S MOTION FOR AN EVIDENTIARY HEARING**

Now comes the State or Rhode Island by and through its attorneys, and, for the reasons expressed in the accompanying memorandum, respectfully asks that this Honorable Court deny Petitioner's motion for an evidentiary hearing.

Respectfully submitted,
**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on March 14, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date: John F. Pierce, Post Office Box 8274, Cranston, RI 02920.

/s/ Aaron L. Weisman

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. PIERCE,** **Petitioner** | : | |
| **v.** | : | **C.A. 08-72S** |
| **A.T. WALL,** **Respondent** | : | |

**MEMORANDUM IN SUPPORT OF STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S MOTION FOR AN EVIDENTIARY HEARING**

As set forth in the State's March 10, 2008 Motion to dismiss, and in the November 7, 2001 Order of this Court denying Petitioner's habeas corpus action in case number 01-266T, Petitioner's instant attack upon his state court judgment of conviction is time barred. Accordingly, no purpose would be served in conducting an evidentiary hearing.

Wherefore, the State would respectfully ask that that this Honorable Court deny Petitioner's motion for an evidentiary hearing.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on March 14, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within document to the following by first-class mail on the same date: John F. Pierce, Post Office Box 8274, Cranston, RI 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com