**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JOHN F. PIERCE**

**v.** **C.A. No. 08-072 S**

**ASHBEL T. WALL,**
Director, Rhode Island Department
of Corrections

**O R D E R**

This matter is before the Court on the motion of the pro se petitioner for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Said application is **DENIED**. Petitioner has the funds to pay the $5.00 filing fee in this matter.

Also before the Court is the petitioner's motion for an evidentiary hearing (Dkt # 5). Said motion is also **DENIED**. This is Pierce's second habeas petition and this Court does not have jurisdiction to consider it. See 28 U.S.C. § 2244 (b)(3)(a).

Jacob Hagopian
Senior United States Magistrate Judge
March 18, 2008