UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN F. PIERCE

v. C.A. No. 08-072 S

ASHBEL T. WALL,
Director, Rhode Island Department
of Corrections

**Report and Recommendation**

Jacob Hagopian, Senior United States Magistrate Judge

John F. Pierce, pro se, filed with the Court a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 seeking release from state custody following his 1994 conviction of child molestation charges. Of importance, on May 30, 2001, Pierce filed a petition for a writ of habeas corpus in this Court challenging the same conviction, see Pierce v. State of Rhode Island, C.A. No. 01-266 T, Dkt # 1, where the Court dismissed Pierce's application as time-barred. See id. at Dkt # 15.

Title 28, United States Code Section 2244 (b)(3) provides, in relevant part:

> (A) Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.

28 U.S.C. § 2244(b)(3)(A).



Exhibit "A"

Section 2244(b)(3)(A) allocates subject matter jurisdiction to the court of appeals by stripping the district court of jurisdiction over a successive or second habeas petition unless and until the court of appeals has decreed that it may go forward. Pratt v. United States, 129 F.3d 54, 57 (1st Cir. 1997); see also Felker v. Turpin, 518 U.S. 651, 657 (1996).

Therefore, before this Court may consider any further petitions for federal habeas relief filed by Pierce challenging his 1994 conviction, authorization must be sought and given by the court of appeals. Without such authorization in this case, the Court cannot consider Pierce's application. Accordingly, I recommend that this matter be dismissed.

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed R. Civ. P. 72(b); LR Cv 72(d). Failure to filed timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 ( 1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
March 18, 2008