UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN F. PIERCE,
petitioner

v. C.A. No. 01-266T

A. T. Wall, et al.
respondents

**ORDER GRANTING MOTION TO DISMISS**

Based upon the recommendation contained in Magistrate Lovegreen's report of October 12, 2001, and for the reasons stated therein, the State of Rhode Island's motion to dismiss is GRANTED and the petition for habeas corpus is DISMISSED with prejudice, as it is time barred. The petitioner's motion to deny and dismiss the State's motion to dismiss petition for writ of habeas corpus (i.e., his opposition to the State's motion to dismiss) is hereby DENIED.

By Order,
Paula Farrell
Deputy Clerk

ENTER:
Ernest C. Torres
Ernest C. Torres
Chief United States District Judge
Date: 11/7/01

15