AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## *District of Rhode Island*

JOHN F. PIERCE

v.

A.T. WALL, ET AL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CA01-266T

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

PURSUANT TO THIS COURT'S ORDER ENTERED NOVEMBER 7, 2001 ACCEPTING MAGISTRATE'S REPORT & RECOMMENDATION AND GRANTING STATE OF RHODE ISLAND'S MOTION TO DISMISS, JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE STATE OF RHODE ISLAND.

November 07, 2001
*Date*

David A. DiMarzio
*Clerk*

Paula Farrell
*(By) Deputy Clerk*

Exhibit "A"
See PAGE 7 Exhibit "A"

16