UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

John F. Pierce
Plaintiff,

v. C.A. No. 08-72S

Ashbel T. Wall, Director,
Rhode Island Department of
Corrections
Defendant.

**ORDER**

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on March 18, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 4/1/08

N:\wpdocs\JUDGE SMITH\Orders\ORR1.wpd