**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**John F. Pierce**

**Plaintiff**

**V.** **Case Number: C.A. NO. 08-72S**

**Ashbel T. Wall, Director,**

**Rhode Island Department of**

**Corrections**

**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, Ashbel T. Wall, Director, Rhode Island Department of Corrections against the Plaintiff, John F. Pierce pursuant to the Court's Order dated April 1, 2008 adopting the Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian and dismissing Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.**

**BY ORDER:**

**April 2, 2008**
**Date**

**Deputy Clerk**