UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

John F. Pierce
Plaintiff

v. C.A. No. 08-72S

Ashbel T. Wall, Director,
Rhode Island Department
of Corrections
Defendant

Motion For Relief from Judgment Dismissing Petitioner's Petition For A Writ of Habeas Corpus

John F. Pierce, Plaintiff, moves the court to vacate and set aside the order and or judgment in the above-entitled action entered on April 2, 2008, on the ground that the application for a Petition for a Writ of Habeas Corpus is **not** "second or successive" within the meaning of 28 USC § 2244(b)(3)(A), as authorized by: Fed. R. Civ. P 60(b)(1)(6)

**See: Sustache-Rivera v. U.S. 221 F.3d 8, 12-13 (1st Cir. 2000)**, Cert. denied, 532 US 924 (2001)

The Plaintiff further submits the attached Judgment dated July 17, 2007 of the same subject matter, jurisdiction, in No. 07-1646, **MANDATE** Exhibit "A" Norman Bedford Petitioner, Appellant, v. State of Rhode Island, ET AL., Respondents, Appellees.

The issues presented in the petition for a Writ of Habeas Corpus are the exact issues that Chief, US District Judge Ernest C. Torres "dismissed **without prejudice**, as it contains unexhausted claims" (See P. 7 Conclusion in Judgment case CA01-266T) submitted with the Petitioner's Objection. The merits of the United States Constitutional and Rhode Island Constitutional violations have **not** been adjudicated by this honorable court.

Once the merit of the deceit of DUPLICITY has been exposed, the court will see that the ACTUAL INNOCENCE was masked. The record shows confusion due to the DUPLICITY.

Furthermore, the condemned and illegal instructions given by the trial judge, **directed** the jury to find a guilty verdict. ACTUAL INNOCENCE, again was masked, (See p. 19 of Appellate brief filed with the Motion for an Evidentuary Hearing on March 13, 2008).

Wherefore, in light of the **1st Circuit Court of Appeals** position on "Second or Successive" and its positive case law cited, the Petitioner, in the interest of justice, moves this court to dismiss the judgment and grant the application for a Writ of Habeas Corpus.

This motion is also to serve as a notice that this Petitioner invokes the right to appeal, if it is so needed.

Respectfully Submitted,
April 10, 2008
John F. Pierce Pro-se

Attachment - Exhibit "A"

Certification

I, John Pierce, certify that a true copy of this Motion For Relief From Judgment will be mailed on April 10th, 2008, postage prepaid to:
Rhode Island Attorney General's Office, 150 South Main St. Providence, Rhode Island 02903

John F. Pierce, Pro-se