UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

John F. Pierce
Plaintiff,

v. C.A.No.08-72S

Ashbel T. Wall, Director,
Rhode Island Department of
Corrections
Defendant.

**APPELLANT'S MOTION TO ENLARGE TIME**

Now comes the Appellant, John F. Pierce, in the above-entitled matter and hereby, moves this Honorable Court for an "Enlargment of Time to file a Rule 60(b)(3)(6) motion," from this Court's 'Judgment dated **April 2, 2008**, and Order dated **April 1, 2008.'** The Appellant posits, that this Court erred in respect to the claims presented in his "Objection to U.S.M.J. Hagopian's Report and Recommendation to Dismiss Petition for Writ of Habeas Corpus, pursuant to **28 U.S.C. § 2254**; and as it relates to the authority of **Sustache-Rivera v. U.S., 221 F.3d 8,12-13 (1st Cir. 2000), cert. denied, 532 U.S. 924 (2001).** Appellant further submits the enclosed "JUDGMENT" dated **July 17, 2007**, in the matter of (STATE OF RHODE ISLAND, ET AL., Respondents, v. NORMAND BEDFORD, Petitioner), related to the same subject matter jurisdiction, in **No.07-1646 [MANDATE]. Therefore**, for the reasons stated, the Appellant respectfully requests that "his time be enlarged **twenty (20) days** from the date of certification of this motion," respectively, before filing what may be an essential "notice of appeal."

**Certification**

I the undersigned hereby, certify, that I caused a true copy of the within "Motion to Enlarge Time" to be mailed this 8th day of **April ,2008**, regular U.S. mail, postage prepaid, to: Rhode Island Attorney General's Office, Office of the Clerk, 150 South Main Street, Providence, Rhode Island 02903.

**Dated: April 8, 2008.**

John Pierce Pro-Se

John Pierce, Pro se
Medium-1-Id.#88185
P.O. BOX 8274
Cranston, RI 02920
CR-43-B

**Attachment enclosed.**
Exhibit "A"