United States District Court
For The District of Rhode Island

John F. Pierce
Plaintiff

v. C.A. No. 08-72S

Ashbel T. Wall, Director
R.I. Department of
Corrections
Defendant

Motion to **Dismiss and Deny** the State of Rhode Island's Opposition to Motion For Relief from Judgment Dismissing Petitioner's Petition for a Writ of Habeas Corpus

Now comes the Petitioner, John F. Pierce, and asks this Honorable Court to **dismiss and deny** the State of Rhode Island's "motion in opposition" to this Petitioner's Motion For Relief From Judgment.

Memorandum to Support Petitioner

**Clear and Positive** case law has been cited and filed **supporting the Petitioner's Motion for Relief from Judgment**, as Ruled by Chief Justice Boudin of the 1st Circuit Court of Appeal in Boston.

**See: "Sustache-Rivera V. U.S." 221 F.3d 8, 12-13 (1st Cir. 2000)**, Cert. denied, 532 US 924 (2001)

**See: Exhibit "A" MANDATE** (as further evidence)

Norman Bedford Petitioner, Appellant, V.
State of Rhode Island, ET. AL., Respondents, Appellees
July 17, 2007 MANDATE No. 07-1646
(Attached and Submitted with this Petitioner's Motion For Relief From Judgment Dismissing Petitioner's Petition for a Writ of Habeas Corpus)

The State of Rhode Island ignored the positive case law this Petitioner cited and submitted, as Ruled by the 1st Circuit Court of Appeal in Boston. The State of Rhode Island **ERRED** in its "Motion in Opposition to Motion for Relief from Judgment Dismissing Petitioner's Petition for a Writ of Habeas Corpus" (**See** copy attached) Exhibit "A"

The State of Rhode Island **ERRED** by attempting to **mislead** this honorable court. In the State's Memorandum; "Because nothing in the Petitioner's motion for relief from judgment dismissing petitioner's petition for a writ of habeas corpus would appear to negate the fact that the above-captioned case does indeed constitute a second or successive habeas corpus petition;". **This is clearly an ERROR** as this Petitioner draws this honorable court's attention to the case law cited on p.1 of this motion and as referenced in the Petitioner's Motion for Relief from Judgment submitted on **April 10, 2008.**

# Conclusion

Wherefore, as the State of Rhode Island's "Motion in Opposition," is **erroneous** and in light of the 1st Circuit Court of Appeal's position on "Second or Successive" and its **positive case law cited**, this Petitioner, in the interest of justice, moves this Honorable Court to dismiss and deny the State of Rhode Island's, Motion in Opposition, and dismiss, vacate and set aside the Order and or Judgment, and **grant the application** for a Writ of Habeas Corpus and all motions that support a hearing.

Respectfully Submitted,
April 26, 2008
John F. Pierce, Pro-se

Attachment – Exhibit "A"

I, John Pierce, certify that a true copy of this Motion to dismiss and deny the States Motion in Opposition is mailed on April 26, 2008, postage prepaid to R I Attorney General's Office, 150 South Main Street, Providence, R I 02903

John F. Pierce Pro-se