Case 1:08-cv-00072-S-JH Document 18 Filed 04/23/2008 Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOHN F. PIERCE, Petitioner | : | |
| v. | : | C.A. 08-72S |
| A.T. WALL, Respondent | : | |

**STATE OF RHODE ISLAND'S MOTION IN OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT DISMISSING PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS**

Now comes the state of Rhode Island, by and through its attorneys, and, for the reasons expressed in the accompanying memorandum, respectfully opposes Petitioner's motion for relief from judgment dismissing petitioner's petition for a writ of habeas corpus.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on April 23, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion to the following by first-class mail on the same date: John F. Pierce, Post Office Box 8274, Cranston, RI 02920.

/s/ Aaron L. Weisman

PDF created with pdfFactory trial version www.pdffactory.com

Exhibit "A"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JOHN F. PIERCE,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 08-72S** |
| | : | |
| **A.T. WALL,** | : | |
| **Respondent** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT DISMISSING PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS**

This Honorable Court dismissed the above-captioned habeas corpus matter on the grounds that it constituted a second or successive habeas corpus petition. Because nothing in the Petitioner's motion for relief from judgment dismissing petitioner's petition for a writ of habeas corpus would appear to negate the fact that the above-captioned case does indeed constitute a second or successive habeas corpus petition, the State of Rhode Island would respectfully submit that Petitioner's motion for relief from judgment dismissing petitioner's petition for a writ of habeas corpus should be denied.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Aaron L. Weisman

**Aaron L. Weisman, # 4438**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

PDF created with pdfFactory trial version www.pdffactory.com

Case 1:08-cv-00072-S-JH Document 18 Filed 04/23/2008 Page 3 of 3

**CERTIFICATION**

Pursuant to AP 10 of this Court, effective August 1, 2006, I hereby certify that on April 23, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I sent a copy of the within motion to the following by first-class mail on the same date: John F. Pierce, Post Office Box 8274, Cranston, RI 02920.

/s/ Aaron L. Weisman



PDF created with pdfFactory trial version www.pdffactory.com